# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KATIE M. BROWN | § | |
|   *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:17-cv-00747 |
| BLOOMIN' BRANDS, INC. d/b/a | § | |
| FLEMINGS STEAKHOUSE and | § | |
| JILL ZIMMERMAN | § | |
|   *Defendants*. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the Agreed Stipulation of Dismissal filed by Plaintiff Katie M. Brown which is agreed by Defendant OSI/Fleming's, LLC d/b/a Fleming's Prime Steakhouse  the Court hereby:

**GRANTS** the Agreed Stipulation of Dismissal With Prejudice; and hereby

**ORDERS** that Plaintiff Katie M. Brown's claims against Defendant OSI/Fleming's, LLC d/b/a Fleming's Prime Steakhouse are dismissed with prejudice; and the Court further

**ORDERS** that all costs of court, fees, expenses and attorneys' fees shall be paid by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

 **SIGNED this 22nd day of May, 2018.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE